UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/09
```

PENSIOENFONDS METAAL EN TECHNIEK,

                Plaintiff,

-v-

STRATEGIC DSRG, LLC,

                Defendant.

No. 09 Civ. 5644 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff, dated November 24, 2009, requesting that the Court extend the deadline for the initial mediation conference in light of the Amended Case Management Plan and Scheduling Order issued by the Court on November 3, 2009, which extended the discovery deadlines in this matter by approximately two months. The request is granted. The deadline for the initial mediation conference is hereby adjourned from December 4, 2009 to February 4, 2010.

SO ORDERED.

Dated:       November 25, 2009
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE