UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENSIOENFONDS METAAL EN TECHNIEK,

Plaintiff,

-v-

STRATEGIC DSRG, LLC,

Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/10

No. 09 Civ. 5644 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' cross-motions for summary judgment. Both parties' papers are in contravention of the Court's Individual Practices, Rule 2H, which places limitations on the affidavits and exhibits parties may file. Accordingly, IT IS HEREBY ORDERED that both parties shall re-file their motions and supporting papers, by no later than May 21, 2010, to bring them into compliance with Rule 2H.

SO ORDERED.

Dated:  May 17, 2010
        New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE